ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| FRANK JAMES TAYLOR, </br></br>Plaintiff, </br></br>v. </br></br>WARDEN DOUG WILLIAMS, Smith State Prison; DEPUTY WARDEN SMITH, Smith State Prison; LT MITCHELL, Smith State Prison; SANTIAGO, CERT Team; SIMMONS, CERT Team; GOMAZ, CERT Team; and C/O CLARK, Smith State Prison, </br></br>Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) CV 116-166 </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**ORDER**

While Plaintiff is now incarcerated at Hancock State Prison in Sparta, Georgia, the events that comprise the basis of his complaint occurred in Smith State Prison in Tattnall County, Georgia, within the Statesboro Division of the Southern District of Georgia. (See generally doc. no. 1.) Accordingly, the case is hereby **TRANSFERRED** to the Statesboro Division and is assigned Civil Action Number CR 616-137. All future filings in this case should be made with the Clerk, U.S. District Court, P.O. Box 8286,

Savannah, Georgia 31412.

SO ORDERED this 13th day of October, 2016, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA