IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| FRANK JAMES TAYLOR, <br><br> Plaintiff, <br><br> v. <br><br> WARDEN DOUG WILLIAMS; COUNSELOR SMITH; OFFICER MITCHELL; OFFICER SANTIAGO; MR. SIMMONS; CERT TEAM GOMAZ; and CORRECTIONAL OFFICER CLARK, <br><br> Defendants. | CIVIL ACTION NO.: 6:16-cv-137 |

## **ORDER**

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Recommendation dated March 31, 2017, (doc. 19). After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Plaintiff's Objections speak only to the recommended dismissal of Plaintiff's claims against Defendants Williams and Smith, (doc. 22), and underscore the reasons the Magistrate Judge recommended dismissal of Plaintiff's claims against these two Defendants.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Plaintiff's Objections. The Court **DISMISSES** Plaintiff's Complaint for failure to state a claim and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

Additionally, for the reasons stated by the Magistrate Judge, the Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 26th day of May, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UINITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA